UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  1-11-21
```

DEBRA ZANCA, *on behalf of herself and all others similarly situated*,

                                    Plaintiff,

                    v.

NAILS INC. USA,

                                    Defendant.

20-CV-6971 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        Due to a scheduling conflict, the initial pretrial conference scheduled for January 15, 2021 at 1:30 pm is hereby rescheduled for January 15, 2021 at 11:00 am.

SO ORDERED.

Dated:    January 11, 2021
          New York, New York

                                    _____
                                    RONNIE ABRAMS
                                    United States District Judge