**大成 DENTONS**

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D +1 212 768 6821

Dentons US LLP 1221
Avenue of the Americas
New York, NY 10020-1089
United States

•• Salans FMC SNR Denton McKenna Long
dentons.com

January 14, 2021

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Zanca v. Nails Inc. USA:* Case No. 1:20-cv-06971-RA

Dear Judge Abrams:

We represent defendant Nails Inc. USA ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from January 14, 202 to March 1, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

The parties further respectfully request the Court adjourn, *sine die*, the initial conference currently scheduled for tomorrow, January 15, 2021 at 11:00 a.m. (Dkt. 16.)

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)

Application granted.  The initial pre-trial conference, scheduled for January 15, 2021, is hereby adjourned sine die.  No later than March 1, 2021, the parties shall submit a joint status letter informing the Court of the status of its settlement efforts.   If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court.  See Hendrickson v. United States, 791 F.3d 354, 358 (2d Cir. 2015).
SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 14, 2021

116280706